## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00697-RPM-MJW

LIONEL WHITE,

    Plaintiff,

v.

NCB MANAGEMENT SERVICES, INC., a Pennsylvania corporation,

    Defendant.
_____

## ORDER DISMISSING CASE WITH PREJUDICE
_____

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

                                        BY THE COURT:

March 30, 2011                    s/Richard P. Matsch

_____        _____

DATE                              Richard P. Matsch, Senior District Judge